Genkinger *v.* New Castle City, Appellant.

Argued November 14, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, ERVIN, and WATKINS, JJ. (WOODSIDE, J., absent).

*Robert E. Jamison,* with him *Robert White,* for appellant.

*Sherman K. Levine,* for appellees.

OPINION PER CURIAM, December 9, 1958:

The judgment of the court below is affirmed on the opinion of President Judge LAMOREE, as reported in 14 Pa. D. & C. 2d 719.